In re Degreat, Edward; — Plaintiff(s); applying for supervisory and/or remedial writ; Parish of Orleans, Criminal District Court, Div. “E”, No. 316-483; Criminal District Court, Div. “C”, No. 270-341; Criminal District Court, Div. “B”, No. 378-826; to the Court of Appeal, Fourth Circuit, No. 98KW-0478.
Denied. Because the only claims the document would support are not cognizable on collateral review, La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172, the lower courts reached the correct result in not ordering them produced. Cf. State ex rel. Fleury v. State, 93-2898 (La.10/13/95), 661 So.2d 488.
LEMMON, J., not on panel.